IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ODELL CANNON,<br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN MCGINLEY, et al.<br>　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO. 19-1861 |

## **O R D E R**

J. CURTIS JOYNER, J.

AND NOW, this 16th day of October, 2019, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and the Petitioner's Objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The Petition for a Writ of Habeas Corpus and Supplemental Motion are DENIED AS UNTIMELY
3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

s/ J. Curtis Joyner
---
J. CURTIS JOYNER, J.